UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
AT ROANOKE

UNITED STATES OF AMERICA

vs.

Gustavo Cardenas
Present/Custody

Criminal Action: 709MJ277
Date: 6/8/09
Judge: Michael F. Urbanski
Court Reporter: cd recording
Deputy Clerk: Kristin Ayersman
Probation Off.: Kenny Wingfield
Interpreter:
Time in Court: 3:47-4:00
Type of Hrg: **INIT APPEARANCE**

## COUNSEL OF RECORD

USA Attorney:
Pat Hogeboom, AUSA

Atty for Deft: ___ /CJA ___ /Ret **X** /None

Case Agent: David High, DEA

## WITNESSES

1. ___
2. ___

1. ___
2. ___

## INITIAL APPEARANCE

Indictment ___ or Complaint **X** Arrest Date: 6/8/09 Warrant: Y/N **N** or For Cause Y/N **Y**

**x** Adv. of Rights: Immediate Request for continuance by defendant: ___
Hearing cont'd to ___

___ Motion to Unseal by Govt ___ Motion to Unseal Granted ___ Denied ___

**x** Identity:
  Admitted **X** Stipulated ___ Evidence taken ___ Probable Cause Found ___

**x** Counsel:
  Present ___ Without Counsel **X** Counsel requested prior to Initial Appearance ___
  Fin Affidavit filed **X** Request granted for CJA **X** Deft to retain counsel ___
  Hrg contd for deft to next app w/ counsel for IA ___ Bail ___ Dtn ___ Arrgn ___ Other ___

___ PrelimHrg: Waived Open Court ___ Prelim Held ___ PC Found Y/N **y** HrgReq ___ Set for ___

**x** Conds/Release and/or Detention:
  Govt Mtn for Dtn made ___ Opposed by Defts ___ Hrg set for ___ on
  Govt Mtn for cont of detn hrg (up to 3 days) ___ Deft Mtn for cont/det hrg (up to 5 days) **X**
  Bond Set $ ___ Cash ___ 10% Corp Surety ___ Property ___ Mtn/Dtn Granted ___
  Conditions of Release or Reasons for Detention:
  Ct appts counsel FPD by oral order.

  ☐ 1) no viol law      ☐ 2) appear ct ...   ☐ 3) remain residence
  ☐ 4) USPO supv        ☐ 5) no drugs         ☐ 6) urinalysis
  ☐ 7) no guns          ☐ 8) no dogs          ☐ 9) remain WDVA
  ☐ 10)                 ☐ 11)                 ☐ 12)
  ☐ 13)                 ☐ 14)                 ☐ 15)

  Advised as to penalties/sanctions in open court ___

**X** DEFT TO NEXT APPEAR FOR prel/dtn ON tba BEFORE JUDGE Urbanski

**ORDERS FORTHCOMING:**

CJA 20 ___ Bond ___ Temp Dtn **X** Dtn Pending Trial ___ Notice ___ Other ___