UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
AT ROANOKE

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action: 7:09-MJ-00277 |
| | Date: 6/10/09 |
| vs. | Judge: Michael F. Urbanski |
| | Court Reporter: cd recording |
| Gustavo Cardenas | Deputy Clerk: Kristin Ayersman |
| Present/Custody | Probation Off.: Kenny Wingfield |
| | Time in Court: 2:22-2:24 |
| | Type of Hearing: **DETENTION HRG** |

## COUNSEL OF RECORD

USA Attorney:  
Andrew Bassford

Atty for Deft:  
Randy Cargill, FPD

## WITNESSES

1. _____    1. _____

2. _____    2. _____

3. _____    3. _____

## DETENTION HEARING

Parties present for hearing on Gov'ts Motion for Detention Pending Trial
Govt argument for dtn  X  /Govt withdraws motion for dtn ___ Deft argument for release

Findings of Fact -
USA noting presumption. USPO notes presumption and recommends dtn. Dft seeking release but needs time to marshal evidence - requesting to reserve the right to return on the issue of bond. Waives prel hrg.

Mtn for Detention GRANTED ___ for following reasons -




Motion for Detention Pending Trial DENIED ___ and Conditions of Release set as follows:




_____ Advised as to penalties/sanctions in open court ___

**DEFT TO NEXT APPEAR** FOR _____ ON _____ BEFORE JUDGE, _____

**ORDERS FORTHCOMING:**
CJA 20 Voucher ___   Bond ___   Temp Dtn ___   Dtn Pending Trial  X   Other ___

[minutes.dtn]