AO 470 (Rev. 12/03) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

__Western__ District of __Virginia__

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 1 0 2009

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

UNITED STATES OF AMERICA

V.

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT**

__Gustavo Cardenas__
*Defendant*

Case Number: 7:09-MJ-277

Upon motion of the __defendant__, it is ORDERED that a detention hearing is set for __6/10/2009__ * at __2:30 pm__

before __the Honorable Michael F. Urbanski, United States Magistrate Judge__
*Name of Judicial Officer*

__United States District Court, Western District of Virginia, Roanoke Division__
*Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal)

(_____) and produced for the hearing.
*Other Custodial Official*

Date: __6/9/2009__    /s/
                              *Judge*

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.