IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| | : |
| | : Docket No. 7:09-MJ00277 |
| v. | : |
| | : |
| GUSTAVO CARDENAS | : |
| _____ | : |

# NOTICE OF APPEARANCE

    Randy V. Cargill, Esq., Assistant Federal Public Defender, hereby notes his appearance as counsel for the above-referenced defendant on behalf of the Office of the Federal Public Defender.

                                                            Respectfully submitted,

                                                            Gustavo Cardenas

                                                            By: s/ Randy V. Cargill
                                                                     Of Counsel

Randy V. Cargill, Esquire
Virginia State Bar No. 23811
Federal Public Defender's Office
210 First Street  SW, Room 400
Roanoke, Virginia  24011
Ph. (540) 777-0880
Fax (540) 777-0890

    *Counsel for defendant  Gustavo Cardenas*

# CERTIFICATE OF SERVICE

      I hereby certify that on the 10th day of June 2009, I served the foregoing notice of appearance on C. Patrick Hogeboom, III United States Attorney's Office, P.O. Box 1709, Roanoke, Virginia 24008-1709 by electronic filing and on the same date, I caused the original thereof to be filed electronically with John Corcoran, Clerk, United States District Court, 210 Franklin Road, SW., and Roanoke, Virginia 24011.

                                                    s/ Randy V. Cargill